UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 23, 2008

**CASE INFORMATION:**
Short Case Title: JONATHAN LEE RICHES -v- TIM BALAND
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco Division- Judge Martin J. Jenkins
Criminal and/or Civil Case No.: CV 07-05873 MJJ
Date Complaint/Indictment/Petition Filed: 11/20/07
Date Appealed order/judgment *entered* 12/19/07
Date NOA *filed* 1/8/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)        ☐ denied in full (send record)
                          ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: n/a

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed: 1/23/08
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes  ☐ no                                  Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: see docket sheet               Appellee Counsel: see docket sheet

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                           Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Simone Voltz
                                    415-522-2016