FILED FILED

UNITED STATES COURT OF APPEALS APR 16 2008

FOR THE NINTH CIRCUIT

RICHARD W. MOLLY GODWYER, CLERK
CLERK. U.S. DISTRICT COURT OF APPEALS
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>WARREN JEFFS,<br><br>        Defendant - Appellee. | No. 08-15171<br><br>D.C. No. CV-07-05975-MJJ<br>Northern District of California,<br>San Francisco |
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>BILL PARCELLS,<br><br>        Defendant - Appellee. | No. 08-15183<br><br>D.C. No. CV-07-01891-LJO/GSA<br>Eastern District of California,<br>Fresno |
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>DENZEL WASHINGTON; et al.,<br><br>        Defendants - Appellees. | No. 08-15184<br><br>D.C. No. CV-07-05867-MJJ<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

JLC/Pro Se

JONATHAN LEE RICHES,

        Plaintiff - Appellant,

v.

LUTE OLSON, Arizona Wildcats Head
Coach; et al.,

        Defendants - Appellees.

No. 08-15185

D.C. No. CV-07-01886-AWI/DLB
Eastern District of California,
Fresno

---

JONATHAN LEE RICHES,

        Plaintiff - Appellant,

v.

VLADIMIR PUTIN, President of Russia;
et al.,

        Defendants - Appellees.

No. 08-15186

D.C. No. CV-07-05877-MJJ
Northern District of California,
San Francisco

---

JONATHAN LEE RICHES,

        Plaintiff - Appellant,

v.

FREECREDITREPORT.COM,

        Defendant - Appellee.

No. 08-15187

D.C. No. CV-07-01885-LJO/DLB
Eastern District of California,
Fresno

JONATHAN LEE RICHES,

        Plaintiff - Appellant,

v.

MEL GIBSON; et al.,

        Defendants - Appellees.

No. 08-15188

D.C. No. CV-07-01884-LJO/GSA
Eastern District of California,
Fresno

---

JONATHAN LEE RICHES,

        Plaintiff - Appellant,

v.

DAN RATHER, CBS Former Evening
News Anchor; et al.,

        Defendants - Appellees.

No. 08-15189

D.C. No. CV-07-01523-LJO/GSA
Eastern District of California,
Fresno

---

JONATHAN LEE RICHES,

        Plaintiff - Appellant,

v.

MINE RESISTANT AMBUSH
PROTECTED VEHICLES,

        Defendant - Appellee.

No. 08-15190

D.C. No. CV-07-01888-LJO/SMS
Eastern District of California,
Fresno

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>EXXON VALDEZ; et al.,<br><br>        Defendant - Appellee. | No. 08-15193<br><br>D.C. No. CV-07-05871-MJJ<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS INC.,<br><br>        Defendant - Appellee. | No. 08-15194<br><br>D.C. No. CV-07-05421-MJJ<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>ORACLE CORP.; et al.,<br><br>        Defendants - Appellees. | No. 08-15276<br><br>D.C. No. CV-07-05864-MJJ<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>Plaintiff - Appellant,<br>v.<br><br>TIMBALAND; et al.,<br><br>Defendants - Appellees. | No. 08-15285<br><br>D.C. No. CV-07-05873-MJJ<br>Northern District of California,<br>San Francisco |
| JONATHAN LEE RICHES,<br><br>Plaintiff - Appellant,<br>v.<br><br>GOLDEN STATE WARRIORS; et al.,<br><br>Defendants - Appellees. | No. 08-15286<br><br>D.C. No. CV-07-05979-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

A review of the files in these appeals reveals that appellant has failed to perfect the appeals as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, these appeals are dismissed for failure to pay the docketing/filing fees in these cases.

A copy of this order shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Jeffery L. Crocker
Deputy Clerk
Ninth Cir. R. 27-7

08-15171 Riches v. Jeffs

JONATHAN LEE RICHES (–: 40948–018)          Jonathan Lee Riches
            Plaintiff – Appellant                            [NTC Pro Se]
                                                             FCIW – FEDERAL CORRECTIONAL INSTITUTION
                                                             (WILLIAMSBURG)
                                                             P.O. Box 340
                                                             Salters, SC 29590–0000

v.


WARREN JEFFS                                                 No appearance, Esq.
            Defendant – Appellee                             no appearance
                                                             Street Address
                                                             City, 00000–0000
                                                             Country