**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

April 23, 2008

CASE NUMBER:   **CV 07-05873 MJJ**
CASE TITLE:   **JONATHAN LEE RICHES-v- TIM BALAND**
DATE MANDATE FILED:   4/21/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                            Sincerely,

                            RICHARD W. WIEKING, Clerk

                            by: Sheila Rash
                            Case Systems Administrator

| | | | |
|---|---|---|---|
| Distribution: | CIVIL | - | Counsel of Record |
| | CRIMINAL | - | Counsel of Record<br>U.S. Marshal (Copy of Mandate)<br>U.S. Probation Office |

NDC App-16